# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

DAVID LEE HALL,

    Plaintiff,

v.                                                CASE NO. 4:09cv366-RH/WCS

JACKSONVILLE SHERIFF'S OFFICE
et al.,

    Defendants.

_____/

## ORDER FOR TRANSFER

This case is before the court on the magistrate judge's report and recommendation (document 18) and the plaintiff's notice of no objection (document 25). Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. This case is transferred to the United States District Court for the Middle District of Florida, Jacksonville Division. The clerk must take all steps necessary to effect the transfer.

SO ORDERED on March 27, 2010.

                                                s/Robert L. Hinkle
                                                United States District Judge